### UNITED STATES v. G. AMSINCK & CO.

#### (Circuit Court, S. D. New York. May 18, 1905.)

#### No. 3,464.

CUSTOMS DUTIES—CHANGE OF TARIFF ACTS—GOODS IN BOND.
    *Held* that merchandise imported while Tariff Act Oct. 1, 1890, c. 1244, 26 Stat. 567, was in effect, but not withdrawn from warehouse until after Tariff Act Aug. 28, 1894, c. 349, 28 Stat. 509, became effective, was subject to the provisions of the latter act.

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision in question sustained the importers' protest against the assessment of duty by the collector of customs at the port of New York.

Charles Duane Baker, Asst. U. S. Atty.

Hatch, Keener & Clute (J. Stuart Tompkins, of counsel), for importers.

TOWNSEND, Circuit Judge. The merchandise in question, which was imported under Tariff Act 1890, c. 1244, 26 Stat. 567, was not withdrawn from warehouse until after the taking effect of Tariff Act Aug. 28, 1894, c. 349, 28 Stat. 509. The Board of Appraisers held that it was therefore subject to the provisions of the latter act. From this decision the United States appealed.

The decision of the Board of Appraisers is affirmed, on the authority of U. S. v. Goodsell, 84 Fed. 439, 28 C. C. A. 453.